**FILED**
November 18, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DENISE MAURICIO, INDIVIDUALLY AND AS NEXT FRIEND OF A.R., MINOR  §§§§<br><br>*Plaintiff*,  §§<br>V.  §§§<br>KENT PALENSKY AND LANDSTAR RANGER INC.  §§§<br>*Defendants*.  § | Civil Action No. 5:20-cv-291 |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal of Claims against Defendants LANDSTAR RANGER INC. and KENT PALENSKY, this action is DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

SIGNED on this __18th__ day of __November__ 2020.

_____
ORLANDO L. GARCIA
**CHIEF UNITED STATES DISTRICT JUDGE**